PROB 12C
(7/93)

Report Date: October 15, 2015

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2015

SEAN F. McAVOY, CLERK

for the

## Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Donavan Thomas Culps          Case Number: 0980 2:14CR00097-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Harrah, Washington 98933

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: December 18, 2014

| | | |
|---|---|---|
| Original Offense: | Escape, 18 U.S.C. § 751(a) | |
| Original Sentence: | Prison 365 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: September 17, 2015 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: September 16, 2018 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

    1    **Standard Condition # 2**: The defendant shall report to the probation in a manner and frequency directed by the court or probation officer.

        **Supporting Evidence**: Mr. Culps failed to report to the U.S. Probation Office within the first week of October 2015.

        On September 21, 2015, conditions of supervision were reviewed and signed with Mr. Culps. He was directed to report to the U.S. Probation Office within the first week of each month. He was specifically directed to report the first week of October 2015. On October 11, 2015, a late report notice was mailed to the defendant reminding him of his reporting obligation. As of October 15, 2015, Mr. Culps has failed to report to the probation office as directed.

    2    **Special Condition # 16**: You shall undergo an alcohol and substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance/alcohol abuse treatment program, including aftercare.  You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

Prob12C
**Re: Culps, Donavan Thomas**
**October 15, 2015**
Page 2

        **Supporting Evidence**: Mr. Culps has failed to undergo a substance abuse evaluation at Merit Resource Services (Merit) as directed by his probation officer as of October 15, 2015.

On September 21, 2015, Mr. Culps was directed to obtain a drug and alcohol evaluation at Merit.  On October 6, 2015, Mr. Culps was questioned regarding his drug and alcohol assessment status.  According to the defendant, he had not completed the assessment because he had transportation issues.  Ms. Culps assured this officer he would have a ride the following day to go to Merit and complete the evaluation.  On October 8, 2015, this officer once again questioned Mr. Culps regarding the evaluation status.  He stated he would get the evaluation done this same date.  On October 15, 2015, this officer spoke with Merit staff and was advised that Mr. Culps was last in their office on October 9, 2015, but did not obtain an evaluation.  Mr. Culps has failed to undergo a substance abuse evaluation as directed.

3    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. Culps failed to submit to a random urinalysis testing at Merit on October 6, and 14, 2015.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 15, 2015

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/15/2015

Date