Report Date: August 2, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Donovan Thomas Culps     Case Number: 0980 2:14CR00097-SAB-1

Address of Offender:     Harrah, Washington 98933

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: December 18, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 365 days; TSR - 36 days | Type of Supervision: | Supervised Release |
| Revocation Sentence: July 7, 2016 | Prison - 10 months; TSR - 26 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | June 7, 2017 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: | August 6, 2019 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 7/7/2017 and 7/13/2017.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On or about June 2017, through on or about August 29, 2017, it is alleged Mr. Culps committed First Degree Murder, in violation of 18 U.S.C. §§ 1111 and 1153, U.S. District Court docket number 1:18CR02023-SAB-1.<br><br>Mr. Culps' conditions were reviewed with him on June 12, 2017. He signed his conditions acknowledging an understanding which included mandatory condition number 1 as noted above.<br><br>On March 6, 2018, Mr. Culps was interviewed by the Federal Bureau of Investigation (FBI). He was read his Miranda rights and stated he understood them. He agreed to the interview and said he killed Neil Cloud. On March 6, 2018, Mr. Culps admitted to killing Neil Cloud at his |

house by restraining him with zip ties and stabbing him several times. Mr. Culps indicated he stabbed Neil Cloud until he stopped breathing. Initially Mr. Culps buried the body but after 4 or 5 days Mr. Culps removed the body and dumped the body elsewhere.

Mr. Culps is currently scheduled to appear in Court for a change of plea hearing on August 21, 2019.

4   **Mandatory Condition #1**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: On January 31, 2019, Mr. Culps was convicted of murder-1 premeditated in Spokane County Superior Court, cause number 17-1-04120-4, in violation of RCW 9A.32.030 (1) (A).

Mr. Culps' conditions were reviewed with him on June 12, 2017. He signed his conditions acknowledging an understanding which included mandatory condition number 1 as noted above.

On September 10, 2017, Mr. Culps kidnapped and murdered an employee of Lucid Marijuana Dispensary in Cheney, Washington. On January 23, 2019, Mr. Culps pled guilty to the charge of murder-1 premeditated. Mr. Culps was sentenced to 416 months of confinement with an additional 36 months of community custody on January 31, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/02/2019

s/ Nicholas A Bazan

Nicholas A Bazan
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

8/27/2019
_____
Date